## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEDI HAMMAMY, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Case No. 05-429 (RJL) |
| BARACK OBAMA,[1] *et al.,* | ) ) ) |
| Respondents. | ) ) |

## ORDER
(February _15_, 2009) [#204]

Respondents move this Court to supplement their Return, pursuant to the November 28, 2008 Case Management Order governing the proceedings for petitioner Hedi Hammamy. Petitioner opposes this motion. Upon consideration of the briefs, the record, and the applicable law, the Court **GRANTS** the motion. Accordingly, it is hereby

**ORDERED** that Government Exhibits 20 through 28 are admitted as supplements to the Return. It is further

**ORDERED** that petitioner may supplement his Traverse by March 3, 2009 to respond to the new Government exhibits.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), if a public officer named as a party to an action in his official capacity ceases to hold office, the court will automatically substitute that officer's successor. Accordingly, the Court substitutes President Barack Obama for former President George W. Bush.